IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH WHITE,                                              PLAINTIFF
ADC #154694

v.                  CASE NO. 5:18-CV-00193 BSM

WENDY KELLEY, Director,
Arkansas Department of Correction                          DEFENDANT

**ORDER**

The recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, White's petition is dismissed without prejudice, and judgment is entered for respondent Kelley.

IT IS SO ORDERED this 4th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE